510 A.2d 720

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edward LOWY, Appellant.**

Supreme Court of Pennsylvania.

Argued March 7, 1986.

Decided June 10, 1986.

S. Michael Streib, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Edward Marcus Clark, Asst. Dist. Atty., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.